

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00715-CV

**IN RE M.L.D.R.E., D.A.E., A.A.E., AND Y.M.E., CHILDREN**,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3147-CCL
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time to file the appellant's brief, stating the record is incomplete and requesting an extension for fifteen days from when the complete record is filed. Appellant's motion states the reporter's record contains exhibits in volumes 6, 7, and 8, but is missing transcripts of witness testimony and argument. Volumes 6, 7, and 8 of the reporter's record containing the transcript of the proceedings were filed on December 13, 2016.

Appellant's motion also states a motion for new trial was filed and the clerk's record has not been supplemented. We therefore **order** the trial court clerk to file a supplemental clerk's record containing the motion for new trial by January 3, 2017.

We grant appellant's motion for extension of time and **order** appellant to file the appellant's brief by January 18, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court